No. 7,099.—GEORGE R. WALDROP, PLAINTIFF AND RESPONDENT, v. MIKE MASER ET AL., DEFENDANTS AND APPELLANTS.

Decided December 23, 1932.

PER CURIAM.—Respondent's motion to dismiss the appeal herein on the ground of laches for failing to file the transcript within the time allowed by law and the Rules of this court is sustained and the appeal is ordered dismissed.

*Mr. Edwin S. Booth* and *Messrs. Ayers & Ayers,* for Respondent.